

FILED
CLERK, U.S. DISTRICT COURT
MAR 14 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Gabriel Eduardo Sarmiento Cuevas DEFENDANT(S). | CASE NUMBER 11-MJ-530 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __March 17__, _____, at __9:00__ ☒ a.m. / ☐ p.m. before the Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
             *(Other custodial officer)*

Dated: __3/14/11__                    _____
                                      U.S. District Judge/Magistrate Judge

---