Send —

FILED
CLERK, U.S. DISTRICT COURT

MAR 17 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF <br><br> Gabriel Eduardo Sarmiento Cuevas, <br><br> A Fugitive from the Kingdom of Spain | Case No. 11-530M <br><br> ORDER OF DETENTION PENDING EXTRADITION PROCEEDINGS |

Upon motion of the Government to detain the fugitive Gabriel Eduardo Sarmiento Cuevas (the "fugitive") pending further extradition proceedings,

The Court finds:

✓ ___ The Fugitive has failed to demonstrate that special circumstances exist to justify his release on bail;

___ The Fugitive has failed to demonstrate that he is not a flight risk or danger to the community.

IT IS THEREFORE ORDERED that the Fugitive is ordered detained pending further extradition proceedings absent further order of this Court.

DATED: 3/17/11

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge